UNITED STATES DISTRICT COURT
MIDDLE DISTRICT FLORIDA
JACKSONVILLE DIVISION

**TRACI WOODARD,**

      **Plaintiff,**                                           **CASE NO.: 3:19-CV-1403-J-20PDB**

vs.

**JAX REFRIGERATION, INC.,**

      **Defendant.**
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

      Plaintiff, TRACI WOODARD, and Defendant, JAX REFRIGERATION, INC., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate to a dismissal of this this action with prejudice. In support of this stipulation, the parties state as follows:

      1.     Plaintiff alleged unpaid overtime compensation during her employment with Defendant. (Doc. 1).

      2.     The Parties have reached an agreement wherein Plaintiff will receive full, and uncompromised, compensation for both her alleged overtime compensation and liquidated damages. Plaintiff's attorneys' fees and costs are separate and apart from the amounts Plaintiff is receiving. Neither the negotiation nor the amount of attorneys' fees have directly or indirectly resulted in a compromise of Plaintiff's claim for unpaid wages, or the amount of unpaid wages and liquidated damages that will be paid to her in this case.

      3.     Accordingly, the resolution of this matter does not constitute a "compromise," which would otherwise involve or necessitate Court review and/or approval. The FLSA only contemplates reviewing settlement agreements that result in the "compromise" of an employee's

claim. *Bonetti v. Embarq Mgmt. Co*., 715 F. Supp. 2d 1222, 1226 & n.6 (M.D. Fla. 2009). However, in cases such as the one *sub judice*, "[w]here the employer offers the plaintiff full compensation of his FLSA claim, no compromise is involved and judicial approval is not required." *Plumey v. Pro Clear Aquitic Sys.,* 2007 U.S. Dist. LEXIS 79026, *2-3 (M.D. Fla. Oct. 24, 2007) (quoting *Tam Su v. Elec. Arts, Inc.*, 2006 U.S. Dist. LEXIS 98894 at *8 (M.D. Fla. Aug. 29, 2006) (citing *Mackenzie v. Kindred Hosps. E., L.L.C.*, 276 Supp.2d 1211, 1217 (M.D. Fla. 2003)). Thus, it is appropriate to approve this stipulation for dismissal with prejudice. *Id*. at *4 (approving stipulation of dismissal with prejudice in FLSA case which stated that the plaintiff has been fully compensated for his unpaid overtime claims).

Date: May 13, 2020                                          Respectfully submitted,

| /s/ Kimberly De Arcangelis | /s/ Todd Dobry |
|---|---|
| Kimberly De Arcangelis, Esq. | Richard Margulies |
| Bar No.: 0025871 | Florida Bar No. 607487 |
| MORGAN & MORGAN, P.A. | Todd R. Dobry |
| 20 N. Orange Avenue, 15th Floor | Florida Bar No. 109081 |
| Orlando, Florida 32801 | JACKSON LEWIS P.C. |
| Telephone:  (407) 420-1414 | 501 Riverside Avenue, Suite 902 |
| Facsimile:   (407) 245-3383 | Jacksonville, FL 32202 |
| Email:  kimd@forthepeople.com | Telephone: (904) 638-2655 |
|  | Facsimile: (904) 638-2656 |
| *Attorneys for Plaintiff* | Richard.Margulies@jacksonlewis.com |
|  | Todd.Dobry@jacksonlewis.com |
|  |  |
|  | *Attorneys for Defendant* |

4848-0097-9387, v. 1