UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TRACI WOODARD,

    Plaintiff,

v.                            Case No.  3:19-cv-1403-J-20PDB

JAX REFRIGERATION, INC.,

    Defendant.
_____/

## O R D E R

This matter is before this Court on the "Joint Stipulation of Dismissal with Prejudice" (Dkt. 12).

Accordingly, it is **ORDERED**:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the "Joint Stipulation of Dismissal with Prejudice" (Dkt. 12) is **GRANTED** and this action is dismissed with prejudice; and

2. The Clerk is directed to terminate all pending motions and close this case.

**DONE AND ENTERED** at Jacksonville, Florida, this _15th_ day of May, 2020.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Kimberly De Arcangelis, Esq.
Richard N. Margulies, Esq.
Todd Richard Dobry, Esq.